1    PHILLIP A. TALBERT
     United States Attorney
2    KIMBERLY A. SANCHEZ
     Assistant United States Attorney
3    2500 Tulare Street, Suite 4401
     Fresno, CA 93721
4    Telephone: (559) 497-4000
     Facsimile: (559) 497-4099
5

6    Attorneys for Plaintiff
     United States of America
7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No.  1:17-cr-00031-DAD-BAM

12              Plaintiff,

13         v.                               STIPULATION AND ORDER
                                            TO CONTINUE SENTENCING
14   JUAN GONZALEZ,

15              Defendant.

16

17         IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney

18   and Kimberly A. Sanchez, Assistant U.S. Attorney and Monica Bermudez, attorney for the

19   defendant, that the sentencing set for October 16, 2017 at 10:00 am before the Honorable Dale A.

20   Drozd be continued to November 13, 2017 at 10:00 a.m.  Defense has been waiting for some

21   additional information needed to address potential objections to the PSR, and anticipates having

22   the information in time for sentencing to proceed on November 13.  As such, the defendant needs

23   additional time to gather information to determine whether to submit informal objections to the

24   PSR.  The government has no objection to the continuance.

25   ///

26   ///

27   ///

28   ///

                                             1

Dated: October 11, 2017                          Respectfully submitted,

                                                 PHILLIP A. TALBERT
                                                 United States Attorney

                                          By     /s/ Kimberly A. Sanchez
                                                 KIMBERLY A. SANCHEZ
                                                 Assistant U.S. Attorney


Dated: October 11, 2017                          /s/ Monica Bermudez
                                                 MONICA BERMUDEZ
                                                 Attorney for Defendant


## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the

sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named

defendant currently scheduled for October 16, 2017, is continued until November 13, 2017, at

10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:    **October 11, 2017**         _____
                                       UNITED STATES DISTRICT JUDGE