LAW OFFICE OF MONICA L. BERMUDEZ
Monica L. Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)322-5295
Email: monica@lawbermudez.com

Attorney for:
Juan Gonzalez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GONZALEZ,<br><br>Defendants. | Case No. 1:17-cr-00031-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>Date: December 4, 2017<br>Time: 10:00 A.M.<br>**Courtroom: DAD** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JUAN GONZALEZ, by and through his attorney of record, MONICA L. BERMUDEZ, hereby requesting that the sentencing hearing currently set for Monday, November 13, 2017, be continued to Monday, December 4, 2017 at 10:00 a.m.

Defense Counsel, Monica L. Bermudez, was engaged in trial for two weeks and immediately started two preliminary hearings. Counsel needs additional time to file a sentencing memorandum on behalf of Mr. Gonzalez. Counsel has discussed the request for a continuance of this matter with Assistant United States Attorney Kimberly Sanchez and she has no objection.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

///

1

**IT IS SO STIPULATED.**

DATED: 11/8/17

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Juan Gonzalez


DATED: 11/8/17

*/s/Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant U.S. Attorney

## **ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for November 13, 2017, is continued to December 4, 2017, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **November 9, 2017**

UNITED STATES DISTRICT JUDGE